No. 17,906.

MARGARITO CEDILLO, JR. *v.* PEOPLE OF THE STATE OF
COLORADO.
(295 P. [2d] 686)

Decided April 9, 1956.   Rehearing denied April 23, 1956.

Mr. CHARLES S. VIGIL, for plaintiff in error.

Mr. DUKE W. DUNBAR, Attorney General, Mr. FRANK
E. HICKEY, Deputy, Mr. NORMAN H. COMSTOCK, Assistant,
for the people.

*En Banc.*

PER CURIAM.

Judgment affirmed without written opinion.